UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CEEGEE SHANIKUA RICHARDSON, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
) No. 7:16-CV-139-FL
CELLCO PARTNERSHIP )
doing business as )
Verizon Wireless, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion, made pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 2–4, to compel arbitration and dismiss the case or, alternatively, stay proceedings pending arbitration of issues so arbitrable.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 8, 2017, and for the reasons set forth more specifically therein, that defendant's motion to dismiss and compel arbitration is granted and the case is dismissed.

**This Judgment Filed and Entered on May 8, 2017, and Copies To:**
Michael Shane Perry (via CM/ECF Notice of Electronic Filing)
Patrick James Cleary (via CM/ECF Notice of Electronic Filing)

May 8, 2017                    PETER A. MOORE, JR., CLERK
                                 /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk